Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA  91403
Telephone: (818) 933-5700
Facsimile:  (818) 933-5755



FILED

SEP 2 2 2010

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:            CLERK, U.S. BANKRUPTCY COURT

Re:            UNDISTRIBUTED FUNDS

Debtor:        ENRIQUE PEREZ
               8500 RANCHITO AVE
               PANORAMA CITY, CA  91402

Case No.:      SV08-20749-KT

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due diligence, has not been able to locate the payee.  Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| ENRIQUE PEREZ<br>8500 RANCHITO AVE.<br>PANORAMA CITY, CA 91402 | $ 16.97 |

Dated:  September 20, 2010

_Elizabeth J Rojas_
Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

CLK US BANKRUPTCY CT

Check No.: 0816271
Check Date: 09/20/2010
Check Amt: 16.97

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0820749 | Claim #: 00000 | ENRIQUE PEREZ | | 0.00 | 0.00 | 16.97 | 16.97 |
| | | | TOTALS | 0.00 | 0.00 | 16.97 | 16.97 |

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

PEREZ, ENRIQUE

Case No: 0820749

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

PAY ONLY **16.97**
ONE SIX PERIOD NINE SEVEN

| CHECK DATE | CHECK NO. |
|---|---|
| Sep 20, 2010 | 0816271 |

**CHECK AMOUNT**

$*********16.97

VOID AFTER 60 DAYS

PAY TO THE ORDER OF    CLK US BANKRUPTCY CT

VOID OVER $16.97

*Elizabeth F Rojas*

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑁0816271⑁ ⑆122044300⑆ 001⑁111690⑁